UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

-against-

ONTONIEL RICARDO CABARCAS AVENDANO, et al.,
                     Defendant.
------------------------------------------------------------X

07 cr 919 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Thursday, January 31, 2008 at 2:30pm** before the Honorable John G. Koeltl.

Since the additional time to schedule a conference in this matter is due to the unavailability of the parties, the Court prospectively excludes the time from today until **January 31, 2008** in calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

Dated: New York, New York
       January 22, 2008

                                                _____
                                                JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08